BLD-030                                                      **NOT PRECEDENTIAL**

**UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**
_____

No. 22-3068
_____

IN RE: CALEB L. MCGILLVARY,

Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to D.N.J. Civ. No. 2-22-cv-04185)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
November 17, 2022

Before: AMBRO, KRAUSE, and PORTER, <u>Circuit Judges</u>

(Opinion filed: December 28, 2022)
_____

OPINION[*]
_____

PER CURIAM

Pro se petitioner Caleb McGillvary filed a petition for a writ of mandamus in this

Court asking us to order the District Court to act on the habeas petition he filed under 28

U.S.C. § 2254.  He has now filed a motion to withdraw the mandamus petition because

---

[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

the District Court has entered a show cause order in his habeas matter. We accordingly grant McGillvary's motion to withdraw the petition and will enter an order dismissing it.